UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT FOOTMAN<br>**Plaintiff**<br><br>vs.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC., et. al.<br>**Defendants** | Case Number 2:19-cv-01689-RRM-AKT |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, ROBERT FOOTMAN, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above against SECURITY CREDIT SERVICES, LLC, ACCELERATED FINANCIAL SOLUTIONS, LLC and CITIBANK, N.A. without prejudice. Each party is responsible for their own attorney's fees.

Vullings Law Group, LLC

BY: _____
Brent F. Vullings, Esq.
3953 Ridge Pike Suite 102
Collegeville, PA 19426
610-489-6060

*Attorney for Plaintiff*
*Robert Footman*